United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Cary Grimaldo, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-21980-Civ-Scola |
| ) | |
| Scottsdale Insurance Company, ) | |
| Defendant. ) | |

## Order

On June 8, 2020, the parties filed a "Joint Stipulation to Limit Indemnity, Attorney's Fees, and Costs" such that the Plaintiff's total recovery "will not exceed $75,000." (Joint Stip., ECF No. 9 at 1.) In substance, the parties are in agreement that this action does not meet the jurisdictional threshold for this Court to have subject matter jurisdiction.

Accordingly, as "the parties have agreed to remand the case" (ECF No. 9-1), and consistent with the relevant legal authorities, the Court **grants** the plaintiff's motion to remand (**ECF No. 8**) and directs the Clerk to ensure the prompt **remand** of this matter, to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

The Clerk is directed to **close** this case. Any pending motions are **denied as moot**.

**Done and ordered** at Miami, Florida, on June 8, 2020.

_____
Robert N. Scola, Jr.
United States District Judge